IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SARAH RICE                                      :

                v.                              :        NO.   11-920

NCO FINANCIAL SYSTEMS, INC.                     :

**FILED**
SEP 1 2 2011
MICHAEL E. KUNZ, Clerk
By_____:Dep. Clerk

JUDGMENT

BEFORE O'NEILL, J.

        AND NOW, to wit, this 12th day of September, 2011, it is
ORDERED that in accordance with NCO Financial Systems, Inc.'s
offer of judgment and plaintiff's acceptance pursuant to F.R.C.P.
68.
        It is ORDERED that judgment is entered in favor of
plaintiff and against NCO Financial Systems, Inc. in the amount of
$500.00 together with interest and costs.

                                BY THE COURT:

                                ATTEST:

                                _Mary Chase_
                                Deputy Clerk

judg